United States District Court
Southern District of Texas
**ENTERED**
September 03, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Radley Bradford** *Individually, and on behalf of all others similarly situated* § § § § § § § § § § § | CIVIL ACTION NO. 4:24-cv-1123 |
| VS. | |
| **The Home Depot USA, Inc.** | |

## DOCKET CONTROL ORDER

This case will be controlled by the following schedule.

### DEADLINES

1. **9/6/2024** — **DEADLINE TO AMEND PLEADINGS** Parties may amend pleadings by this date without leave of court. If Plaintiff(s) file(s) an Amended Complaint by this date, Defendant(s) may file a responsive pleading in accordance with Fed. R. Civ. P. 15(a)(3). After expiration of this deadline, a party seeking to amend pleadings must file a motion for leave demonstrating both good cause and excusable neglect in accordance with Fed. R. Civ. P. 6(b)(1)(B).

2. **9/6/2024** — **DEADLINE TO ADD NEW PARTIES** Unless a case has been removed from state court, new parties may be added by this date without leave of court. After expiration of this deadline, a party seeking to add a new party must file a motion for leave demonstrating both good cause and excusable neglect in accordance with Fed. R. Civ. P. 6(b)(1)(B). The attorney causing the addition of new parties will provide copies of this order and all orders previously entered in the case to new parties. **Note:** If a case has been removed from state court, a motion for leave must be filed seeking a permission to add new parties.

3. **1/17/2025** — Deadline for expedited discovery on Plaintiff's individual claims.

4. **2/28/2025** — Home Depot to file a dispositive motion.

The parties will submit a proposed schedule for class discovery 10 days after a ruling by Judge Hanks on the dispositive motion.

Signed this 3rd day of September 2024.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE