United States District Court
Southern District of Texas
**ENTERED**
December 06, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RADLEY BRADFORD, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE HOME DEPOT USA, INC.,<br><br>    Defendant. | Case No. 4:24-cv-01123<br><br>Honorable George C. Hanks, Jr. |

## ORDER

This cause coming before the Court on the Parties Stipulation of Dismissal; the Court being fully advised in the premises and having jurisdiction of the subject matter, **IT IS HEREBY ORDERED**:

1. The Stipulation for Dismissal is GRANTED. The action against THE HOME DEPOT USA, INC., is hereby dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to any claims for protective class members. Each party to bear its own attorney's fees and costs.

Signed in Houston, Texas on December 6, 2024.

_George C. Hanks Jr_
UNITED STATES DISTRICT JUDGE